**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RIVER NORTH EQUITY LLC, )<br>EDWARD M. LICEAGA, )<br>MICHAEL A. CHAVEZ, )<br>NANOTECH ENTERTAINMENT, INC., )<br>NANOTECH GAMING, INC., )<br>DAVID R. FOLEY, LISA L. FOLEY, )<br>JEFFREY A. FOLEY, and )<br>BENNIE L. BLANKENSHIP, )<br>)<br>Defendants, )<br>) | Case No. 1:19-cv-01711 |

## MICHAEL A. CHAVEZ'S MOTION TO DISMISS PLAINTIFF'S CLAIMS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Michael Chavez ("Chavez"), by his attorneys, hereby moves to dismiss the claims Plaintiff Securities and Exchange Commission has asserted against him in its Complaint (Dkt. No. 1) for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth in Chavez's accompanying memorandum. Plaintiff objects to this Motion.

Dated: May 13, 2019            Respectfully submitted,

                     By: /s/ Matt Hiller_____
                         Richard Matthew Hiller
                         Illinois Bar #6277662
                         DLA Piper LLP (US)
                         444 West Lake Street, Suite 900
                         Chicago, IL 60606-0089
                         Telephone: (312) 368-4000
                         Facsimile: (312) 236-7516
                         matt.hiller@us.dlapiper.com

                         Marina Stefanova (*pro hac vice*)
                         Texas Bar #24093200
                         DLA Piper LLP (US)
                         1900 North Pearl Street, Suite 2200
                         Dallas, Texas 75201
                         Telephone: (214) 743-4500
                         Facsimile: (214) 743-4545
                         marina.stefanova@us.dlapiper.com

                         *Attorneys for Defendant Michael Chavez*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing Michael A. Chavez's Motion to Dismiss Plaintiff's Claims and supporting materials was filed on May 13, 2019 with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to all attorneys of record.

                         /s/ Matt Hiller_____
                         Richard Matthew Hiller