# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

U.S. Securities and Exchange Commission

Plaintiff,

v.                                              Case No.: 1:19–cv–01711
                                                Honorable Thomas M. Durkin

River North Equity LLC, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2019:

     MINUTE entry before the Honorable Thomas M. Durkin:Oral argument held on 11/25/2019. Having considered the parties' briefs and oral arguments, the Court denies River North and Liceaga's, as well as Chavez's, motions to dismiss. [36][40] A status hearing is set for 12/4/2019 at 10:00 a.m. at which time the Court will read its oral ruling into the record. The parties may appear telephonically for the status hearing. Further, and because this case has been pending for some time, the Court directs the defendants to answer the SEC's complaint no later than 12/16/2019.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.