UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cv-01711 ) |
| RIVER NORTH EQUITY LLC, EDWARD M. LICEAGA, MICHAEL A. CHAVEZ, NANOTECH ENTERTAINMENT, INC., NANOTECH GAMING, INC., DAVID R. FOLEY, LISA L. FOLEY, JEFFREY A. FOLEY, and BENNIE L. BLANKENSHIP, | ) ) Judge John F. Kness ) ) ) ) ) ) ) |
| Defendants, | ) ) |

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 83.17, Matthew Hiller, Jonathan D. King, Jason Hopkins, Marina Stefanova, and the law firm of DLA Piper LLP (US) ("Counsel") file this motion seeking permission to withdraw as counsel for Defendant Michael Chavez and would show the Court as follows:

1. Local Rule 83.51.16 permits withdrawal if a client substantially fails to fulfill an agreement or obligation to the lawyer as to expenses or fees, or with client consent. L.R. 83.51.16(b)(1)(F), 83.51.16(b)(3). Both situations are present here. Specifically, Mr. Chavez has not substantially fulfilled his agreement and obligation to Counsel as to expenses or fees. Further, as evidenced by his signature below, Mr. Chavez consents to withdrawal.

**Motion to Withdraw – Page 1**

2. Local Rule 83.51.16(d) requires Counsel to take reasonable steps to avoid foreseeable prejudice to Mr. Chavez's rights, and Counsel has done so. Specifically, Counsel has given Mr. Chavez due notice of this requested withdrawal, Counsel has advised Mr. Chavez of all upcoming deadlines, Counsel is delivering to Mr. Chavez the file relating to this case.

3. Pursuant to Local Rule 83.17, a Notification of Party Contact Information form is filed as an attachment to this motion.

4. On August 5, 2020, the undersigned discussed this motion with counsel for Plaintiff, who advised that this motion would not be opposed.

## PRAYER

Counsel respectfully request that the Court grant this Motion and allow their withdrawal from the representation of Mr. Chavez in this matter.

Dated: August 19, 2020    Respectfully submitted,

/s/ Jason M. Hopkins
Richard Matthew Hiller
Illinois Bar #6277662
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
matt.hiller@dlapiper.com

Jason M. Hopkins *(Admitted Pro Hac Vice)*
Teas Bar # 24059969
Marina Stefanova (*Admitted Pro Hac Vice*)
Texas Bar #24093200
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
jason.hopkins@dlapiper.com
marina.stefanova@dlapiper.com

*Attorneys for Defendant Michael Chavez*

**Motion to Withdraw – Page 3**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2020, a copy of the foregoing document was served on all of the following:

<u>Via email</u>
Daniel J. Hayes (hayesdj@sec.gov)
Robert M. Moye (moyer@sec.gov)
Richard G. Stoltz (stoltzr@sec.gov)
Christine B. Jeon (jeonc@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

<u>Via email</u>
Mark David Hunter (mhunter@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
(305) 629-1180

*Attorney for Defendants River North Equity LLC
and Edward M. Liceaga*

<u>Via email and UPS delivery</u>
David Foley (david@hyperware.com)
Lisa Foley (lisalyound@aol.com)
311 Santa Rose Drive
Los Gatos, California 95032

*Defendants David Foley and Lisa Foley, pro se*

<u>Via email and UPS delivery</u>
Michael Chavez
8650 Spicewood Springs Rd
Suite 145-572
Austin, TX  78759

                                                <u>/s/ Jason M. Hopkins</u>
                                                Jason M. Hopkins

**Motion to Withdraw – Page 4**

**CLIENT CONSENT**

I consent to the withdrawal requested by my counsel.

_____

Michael Chavez

**Motion to Withdraw – Page 5**