IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVER NORTH EQUITY, LLC, *et al.*,<br><br>　　　　Defendants. | No. 19-cv-01711<br><br>Judge John F. Kness |

**SCHEDULING ORDER UNDER RULE 16(b)**

The Court has received the parties' Joint Status Report [dkt. no. 94], as well as their Joint Motion to Extend Discovery Schedule [*id.* 100]. Based on the discovery plan proposed by the parties, the Court sets the following case management schedule under Rule 16(b) of the Federal Rules of Civil Procedure. This schedule will not be modified except upon the Court's finding of good cause. *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Mandatory Initial Discovery Responses | Already exchanged by the parties |
| Completion of Fact Discovery | February 4, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | March 4, 2021 |
| Disclosure of Defendants' Expert Report(s) | April 1, 2021 |
| Depositions of All Parties' Experts to be Completed by | May 5, 2021 |
| Dispositive Motions | July 16, 2021 |

2

| Responses to Dispositive Motions | August 20, 2021 |
|---|---|
| Replies to Dispositive Motions | September 17, 2021 |

SO ORDERED.

Date: September 24, 2020

_____
JOHN F. KNESS
United States District Judge