# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 19-cv-01711 <br>) |
| v. | ) Honorable Judge John F. Kness <br>) |
| RIVER NORTH EQUITY LLC, <br>EDWARD M. LICEAGA, <br>MICHAEL A. CHAVEZ, <br>NANOTECH ENTERTAINMENT, INC., <br>NANOTECH GAMING, INC., <br>DAVID R. FOLEY, LISA L. FOLEY, <br>JEFFREY A. FOLEY, and <br>BENNIE L. BLANKENSHIP, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS DAVID FOLEY'S, EDWARD M. LICEAGA'S AND MICHAEL A. CHAVEZ'S MOTION TO STAY

Defendants David R. Foley ("**Mr. Foley**"), Edward M. Liceaga ("**Mr. Liceaga**"), and Michael A. Chavez ("**Mr. Chavez**") (collectively, the "**Moving Defendants**"), hereby move this Court for an order staying this action pending the resolution of an active parallel criminal matter, *United States of American v. David Foley and Bennie Blankenship*. *See* 1:21-cr-00019 ("**Criminal Matter**"). The substantial overlap between the above-captioned matter and the Criminal Matter weighs in favor of a stay of this matter.

The grounds for this motion is set forth in the accompanying memorandum of law in support and the exhibits appended thereto.

Dated: January 18, 2021

                                      Respectfully submitted,

                                      */s/ Mark David Hunter*_____
                                      Mark David Hunter, Esquire
                                      N.D.I.L Bar I.D. No. 12995
                                      **Hunter Taubman Fischer & Li LLC**
                                      2 Alhambra Plaza, Suite 650
                                      Coral Gables, Florida 33134
                                      Tel:    (305) 629-1180
                                      Fax:   (305) 629-8099
                                      Email: mhunter@htflawyers.com

                                      */s/James D. Sallah*_____
                                      James D. Sallah, Esquire
                                      N.D.I.L. Bar I.D. No. 92584
                                      Sallah Astarita & Cox, LLC
                                      3010 North Military Trail, Suite 210
                                      Boca Raton, Florida 33431
                                      Tel:    (561) 908-9080

                                      *Attorney for Defendant Michael A. Chavez*

                                      */s/ David R. Foley*_____
                                      David R. Foley *Pro Se*

## **CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on January 18, 2021. Parties of record may obtain a copy through the Court's CM/ECF system. The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

 /s/ Mark David Hunter_____
 Mark David Hunter, Esquire