# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

U.S. Securities and Exchange Commission

                                     Plaintiff,

v.                                                                     Case No.: 1:19–cv–01711

                                                                               Honorable John F. Kness

River North Equity LLC, et al.

                                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 23, 2021:

      MINUTE entry before the Honorable John F. Kness: Telephonic motion hearing held on 2/23/2021. For the reasons provided on the record, Defendants' motion to stay [104] is granted. Discovery in this matter is stayed as to all parties until the next status hearing, when the Court will discuss with the parties whether the stay should remain in place as to the entire case or only as to the three Defendants who brought the motion to stay [104]. A continued status hearing is set for 3/12/2021 at 10:45 AM. The parties shall use the same call–in information [101]. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.