UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-1711 |
| v. | ) ) | Judge John F. Kness |
| RIVER NORTH EQUITY, LLC, et. al., | ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT ON SCOPE OF STAY

By agreement of the parties, plaintiff Securities and Exchange Commission ("SEC"), files this joint status report:

1. On January 18, 2021, Defendants David Foley, Michael Chavez and Edward Liceaga filed a motion to stay the SEC's claims against them pending the resolution of the related federal criminal case against David Foley and Bennie Blankenship. [Docket No. 104]

2. The Court entered an order temporarily staying this entire case during the briefing on defendants' motion. [Docket No. 109]

3. On February 23, 2021, during a brief telephonic conference, the Court granted the defendants' motion [Docket No. 104] to stay the SEC's claims against the movants, David Foley, Michael Chavez and Edward Liceaga. [Docket No. 114]

4. The Court also invited the SEC to confer internally, and then discuss with the other parties whether the stay should remain in place as to the entire case. [*Id.*]

5. On March 3-4, 2021, after conferring by telephone and email, the SEC and all of the defendants in this case agreed that the stay should remain in place as to the entire case and all defendants, pending further order of Court.

6. The parties are prepared to discuss this matter with the Court at the next telephonic status conference, unless the Court deems that hearing unnecessary.

Date: March 9, 2021

/s/Robert Moye
Daniel J. Hayes (HayesDJ@sec.gov)
Robert M. Moye (MoyeR@sec.gov)
Richard G. Stoltz (StoltzR@sec.gov)
Christine B. Jeon (Jeonc@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff Securities and Exchange Commission*

/s/Mark David Hunter
Mark David Hunter (mhunter@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
(305) 629-1180

*Attorney for Defendants River North Equity LLC and Edward M. Liceaga*

/s/James D. Salah
James D. Salah (jds@sallahlaw.com)
Sallah Astarita & Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, Florida 33431
(561) 908-9080

*Attorney for Defendant Michael A. Chavez*

   ***/s/David R. Foley***
Nishay K. Sanan (nsanan@aol.com)
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
(312) 692-0360

*Attorney for Defendant David R. Foley*


   ***/s/Lisa L. Foley***
Lisa L. Foley

*Pro Se*


   ***/s/Bennie L. Blankenship***
Bennie L. Blankenship

*Pro se*


   ***/s/Christopher Cooke***
Christopher Cooke ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., Suite 400
Burlingame, California 94010
(650) 524-5603

*Attorneys for Defendant Jeffrey A. Foley*

3