UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-1711 |
| v. | ) ) | Judge John F. Kness |
| RIVER NORTH EQUITY, LLC, et. al., | ) ) | |
| Defendants. | ) | |

# JOINT STATUS REPORT

By agreement of the parties, plaintiff Securities and Exchange Commission files this joint status report:

1. On March 11, 2021, the Court entered an order staying this case in its entirety "pending resolution of *United States v. David Foley and Bennie Blankenship*, 21 CR 19 [N.D. Ill.]." ("Criminal Case") (Docket No. 116.) The Court also ordered that the parties "submit a joint status report within six months of the date of [the Court's] minute order or upon the resolution of the parallel criminal case, whichever occurs sooner." (*Id.*)

2. The Criminal Case is still pending against all criminal defendants. The next status date in the Criminal Case is set for September 13, 2021 at 10:00 a.m. (Crim. Dkt. 41.) No trial date has been set.

Date: September 9, 2021

   *s/Daniel J. Hayes*
Daniel J. Hayes (hayesdj@sec.gov)
Robert M. Moye (moyer@sec.gov)
Richard G. Stoltz (stoltzr@sec.gov)
Christine B. Jeon (jeonc@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff Securities and Exchange Commission*


  *s/Mark David Hunter*
Mark David Hunter (mhunter@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
(305) 629-1180

*Attorney for Defendants River North Equity LLC and Edward M. Liceaga*


  *s/James D. Salah*
James D. Salah (jds@sallahlaw.com)
Sallah Astarita & Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, Florida 33431
(561) 908-9080

*Attorney for Defendant Michael A. Chavez*


  *s/Nishay Sanan*
Nishay K. Sanan (nsanan@aol.com)
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
(312) 692-0360

*Attorney for Defendant David R. Foley*

      *s/Lisa L. Foley*
Lisa L. Foley

*Pro Se*

      *s/Bennie L. Blankenship*
Bennie L. Blankenship

*Pro se*

      *s/Christopher Cooke*
Christopher Cooke (ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., Suite 400
Burlingame, California 94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, I filed this document via the Court's ECF/CM filing system, which will automatically send copies to all counsel of record. I also sent this document to the following parties by email on the same day:

Lisa L. Foley (lisalyoung@aol.com)
311 Santa Rosa Drive
Los Gatos, California 95032
*Pro se*

Matthew Madden, Esq. (matt@mjmaddenlaw.com)
209 S. LaSalle, 7th Floor
Chicago, IL 60604
*On behalf of Bennie L. Blankenship*

                                                               s/Dan Hayes