**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-1711 |
| v. | ) ) | Judge John F. Kness |
| RIVER NORTH EQUITY, LLC, et. al., | ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff Securities and Exchange Commission states as follows:

1.      On March 11, 2021, the Court entered an order staying this case in its entirety, pending resolution of a parallel criminal case, *United States v. David Foley and Bennie Blankenship*, 21 CR 19 (N.D. Ill.), which is pending before Judge Seeger. (*See* Docket No. 116.)

2.      As directed, the parties in this matter have filed joint status reports on March 9, 2021 and September 9, 2021 (Docket Nos. 115, 117).

3.      The parallel criminal case remains pending against both Foley and Blankenship.[1]  However, Bennie Blankenship entered a criminal plea agreement on April 6, 2022.  (*See* Docket No. 61 in Case No. 21 CR 19)

4.      The SEC files this report to advise the Court that the criminal case has been set for a three-week trial beginning on April 15, 2024.  The prior trial date was stricken due to a discovery issue.  (*See Id.* at Docket Nos. 78, 80, 82)

_____

[1] No other party in this civil case is a defendant in the criminal case.

Date:  May 5, 2023

 _s/Robert M. Moye_

Daniel J. Hayes (hayesdj@sec.gov)
Robert M. Moye (moyer@sec.gov)
Richard G. Stoltz (stoltzr@sec.gov)
Christine B. Jeon (jeonc@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff Securities and
Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on May 5, 2023, I filed this document via the Court's ECF filing system, which will electronically serve all counsel of record, and that I also sent this document by email to the following parties:

Lisa L. Foley (lisalyoung@aol.com)
311 Santa Rosa Drive
Los Gatos, California 95032
*Pro se*

Matthew Madden, Esq. (matt@mjmaddenlaw.com)
209 S. LaSalle, 7th Floor
Chicago, IL 60604
*On behalf of Bennie L. Blankenship*

                        s/*Robert M. Moye*
                        Robert M. Moye