UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-1711 |
| v. | ) ) | Judge Sunil R. Harjani |
| RIVER NORTH EQUITY, LLC, et. al., | ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute entry of April 15, 2024 [Docket No. 126], Plaintiff Securities and Exchange Commission ("SEC") and Defendants River North Equity, LLC ("River North"), Edward Liceaga, Michael Chavez, David Foley, Lisa Foley, Jeffery Foley, and Bennie Blankenship (collectively, "Defendants"), state as follows:

1. This case remains stayed pending the resolution of *United States v. David Foley*, Case No. 21 CR 19 [N.D. Ill.], a parallel criminal case which is pending before Judge Seeger. [Docket No. 116]

2. David Foley's criminal trial currently is set to begin on October 15, 2024.

3. After the stay of this case is lifted, the parties will need new dates for the completion of fact and expert discovery, and for briefing any dispositive motions.

4. No trial date has been set in this case.

Date: October 11, 2024            Respectfully submitted,

     /s/Robert M. Moye
Robert M. Moye (MoyeR@sec.gov)
Richard G. Stoltz (StoltzR@sec.gov)
Christine S. Bautista (BautistaC@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff Securities and Exchange Commission*


     /s/Mark David Hunter
Mark David Hunter (mhunter@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
(305) 629-1180

*Attorney for Defendants River North Equity LLC and Edward M. Liceaga*


     /s/James D. Salah
James D. Salah (jds@sallahlaw.com)
Sallah Astarita & Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, Florida 33431
(561) 908-9080

*Attorney for Defendant Michael A. Chavez*


     /s/Nishay K. Sanan
Nishay K. Sanan (nsanan@aol.com)
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
(312) 692-0360

*Attorney for Defendant David R. Foley*

_____

Lisa L. Foley

*Pro Se*


_____

Bennie L. Blankenship

*Pro se*


 **/s/Christopher Cooke**
Christopher Cooke (ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., #400
Burlingame, California  94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

_____
Lisa L. Foley

*Pro Se*


_____
Bennie L. Blankenship

*Pro se*


 */s/Christopher Cooke*_____
Christopher Cooke (ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., #400
Burlingame, California  94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

3

_____
Lisa L. Foley

*Pro Se*

_____
Bennie L. Blankenship

*Pro se*


 **/s/Christopher Cooke**
Christopher Cooke (ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., #400
Burlingame, California 94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

3