UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-1711 |
| v. | ) ) | Judge Sunil R. Harjani |
| RIVER NORTH EQUITY, LLC, et. al., | ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute entry of October 16, 2024 [Docket No. 129], Plaintiff Securities and Exchange Commission ("SEC") and Defendants River North Equity, LLC ("River North"), Edward Liceaga, Michael Chavez, David Foley, Lisa Foley, Jeffrey Foley, and Bennie Blankenship (collectively, "Defendants"), state as follows:

1. This case remains stayed pending the resolution of *United States v. David Foley*, Case No. 21 CR 19 [N.D. Ill.], a parallel criminal case which is pending before Judge Seeger. [Docket No. 116]

2. In the criminal trial, which concluded on November 4, 2024, the jury convicted David Foley on two counts of securities fraud and acquitted him on eight wire fraud counts.

3. The SEC is informed that there are post-trial motions and additional filings due in the criminal case on December 20, 2024, January 24, 2025 and February 7, 2025. David Foley's sentencing hearing is currently scheduled for March 20, 2025.

4. Given the lengthy stay of this case, the SEC, River North, Liceaga, Chavez, Blankenship and Jeff Foley agree that after the stay is lifted the parties will need 90 days to complete fact discovery. David Foley and Lisa Foley state that they believe it will take at least 90 days, if not more, for discovery. The parties will also need a schedule for conducting expert discovery and a schedule for briefing any dispositive motions.

5. No trial date has been set in this case.

Date: December 12, 2024          Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Robert M. Moye
Robert M. Moye (MoyeR@sec.gov)
Richard G. Stoltz (StoltzR@sec.gov)
Christine S. Bautista (BautistaC@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff Securities and Exchange Commission*


　　　　　　　　　　　　　　　　　　/s/Mark David Hunter
Mark David Hunter (mhunter@htflawyers.com)
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
(305) 629-1180

*Attorney for Defendants River North Equity LLC and Edward M. Liceaga*

        */s/James D. Salah*
James D. Salah (jds@sallahlaw.com)
Sallah Astarita & Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, Florida 33431
(561) 908-9080

*Attorney for Defendant Michael A. Chavez*

_____

Nishay K. Sanan (nsanan@aol.com)
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
(312) 692-0360

*Attorney for Defendant David R. Foley*

_____

Lisa L. Foley

*Pro Se*

_____

Bennie L. Blankenship

*Pro se*

        */s/Christopher Cooke*
Christopher Cooke (ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., #400
Burlingame, California 94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

  */s/James D. Salah*
James D. Salah (jds@sallahlaw.com)
Sallah Astarita & Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, Florida  33431
(561) 908-9080

*Attorney for Defendant Michael A. Chavez*

 */s/Nishay K. Sanan*
Nishay K. Sanan (nsanan@aol.com)
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois  60604
(312) 692-0360

*Attorney for Defendant David R. Foley*

_____
Lisa L. Foley

*Pro Se*

_____
Bennie L. Blankenship

*Pro se*

 */s/Christopher Cooke*
Christopher Cooke (ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., #400
Burlingame, California  94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

3

_____
Lisa L. Foley

*Pro Se*

_____
Bennie L. Blankenship

*Pro se*

*/s/Christopher Cooke*
_____
Christopher Cooke
(ccooke@murphycooke.com)
Murphy Cooke LLP
533 Airport Blvd., #400
Burlingame, California 94010
(650) 524-5603

*Attorney for Defendant Jeffrey A. Foley*

3