**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

U.S. Securities and Exchange Commission
                                Plaintiff,

v.                                                       Case No.: 1:19–cv–01711
                                                        Honorable Sunil R. Harjani

River North Equity LLC, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 6, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Unopposed motion to allow the SEC to communicate directly with Defendant Foley [136] is granted. Defendant Foley is proceeding pro se in this matter. As a result, the appearance of Attorney Nishay Sanan is terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.