

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-1711 |
| v. | ) ) | Judge Sunil R. Harjani |
| RIVER NORTH EQUITY, LLC, et. al., | ) ) | Magistrate Judge Holleb Hotaling |
| Defendants. | ) ) | |

## DEFENDANTS DAVID R. FOLEY AND LISA L FOLEY's MOTION TO STAY CIVIL PROCEEDINGS PENDING RESOLUTION OF PARALLEL CRIMINAL CASE

Defendants, David Foley and Lisa Foley, respectfully moves this Court for an order staying all proceedings in this civil action brought by the Securities and Exchange Commission ("SEC") pending the final resolution of the active parallel criminal case, United States v. David Foley, Case No. 1:21-CR-00019 **("Criminal Matter")**, currently pending in the United States District Court for the Northern District of Illinois, Eastern Division.

The substantial overlap between the above-captioned matter and the Criminal Matter weighs in favor of a stay of this matter. The grounds for this motion are set forth in the accompanying memorandum of law in support.

                    Respectfully submitted,

_____
David R. Foley

*Pro se*

_____
Lisa L. Foley

*Pro Se*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on March 28, 2025. Parties of record may obtain a copy through the Court's CM/ECF system. The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

_____
David R. Foley

*Pro se*