**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

U.S. Securities and Exchange Commission
Plaintiff,
v.
Case No.: 1:19−cv−01711
Honorable Sunil R. Harjani
River North Equity LLC, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Defendant Lisa Foley's motion for appointment of counsel [223] and IFP status [225] is granted. The Court finds that Plaintiff is unable to afford counsel given her financial condition and that her husband will report to federal prison soon, that she has made reasonable attempts to secure pro bono counsel with no takers, and that the case is sufficiently complex that she will not be able to properly represent herself at summary judgment and at trial. Thus, the Court will recruit counsel and set a status hearing for 10/29/2026 at 9:15 a.m. by telephone. The previously set tracking status for 10/15/2026 is stricken. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.