**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

U.S. Securities and Exchange Commission
Plaintiff,
v.
Case No.: 1:19−cv−01711
Honorable Sunil R. Harjani
River North Equity LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: For the stated health reasons only, motion by Richard Linden for relief from assignment [237] is granted. The Court will recruit new counsel. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.