**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

U.S. Securities and Exchange Commission

Plaintiff,

v.

Case No.: 1:19−cv−01711
Honorable Sunil R. Harjani

River North Equity LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Defendant David Foley's motion for appointment of pro bono counsel [245] is denied without prejudice. The Court is not yet convinced that Mr. Foley cannot represent himself. He was a criminal defendant on the same matters raised by the SEC and thus likely has a strong familiarity with the issues and facts involved in this case. The Court also notes that his list of pro bono counsel contact seems identical to the one provided by his spouse. He has not attempted to contact any legal services organization either. The list contains only the largest law firms in Chicago. At this time, the Court does not find that appointment of counsel is warranted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.