**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

U.S. Securities and Exchange Commission
Plaintiff,
v.
Case No.: 1:19−cv−01711
Honorable Sunil R. Harjani
River North Equity LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: The pending motion from Defendant Lisa Foley [224] is denied. The motion lacks a good cause basis to reopen fact discovery. The Court is sure that the SEC can provide a courtesy copy of its discovery production and disclosures to any new counsel appointed for Ms. Foley, and reopening discovery for that is not required. Ms. Foley also suggests she is ready to waive her Fifth Amendment right and answer questions via deposition. The Court will await any motion for new counsel on that matter, after having received appropriate legal advice on this issue. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.